UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ARMANDO MONJARAZ,

Petitioner,

v.

CHRISTOPHER J. LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.:  26-cv-47-RSH-MMP

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On January 5, 2026, petitioner Armando Monjaraz filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argued that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). *Id.* ¶ 41. The same day the Petition was filed, the Court issued a briefing schedule. ECF No. 2.

On January 22, 2026, Respondents filed a return acknowledging, in light of developments in a case in the U.S. District Court for the Central District of California, that "Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to an order from this Court directing a bond hearing be held pursuant to 8 U.S.C. § 1226(a)." ECF No. 6 at 2.

//

//

1

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Armando Monjaraz before an immigration court pursuant to 8 U.S.C. § 1226(a) within *seven (7) days* of this order as described above. The Court declines to issue further declaratory relief. The Court **VACATES** the hearing date set for January 29, 2026.

    **IT IS SO ORDERED**.

Dated: January 22, 2026

Robert S Huie

Hon. Robert S. Huie
United States District Judge